**Order entered December 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01415-CV

### IN RE ANTONIO CHAVEZ, Relator

**Original Proceeding from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 23284-86**

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/    DAVID J. SCHENCK
        JUSTICE